# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON  12/22/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Chad Eric Hollamon | ) |
|  | ) |

Case No:  7:03-CR-123-1BO

USM No:  24006-056

Date of Original Judgment:         November 10, 2004  )
Date of Previous Amended Judgment:  April 18, 2006  )     Eric J. Brignac
*(Use Date of Last Amended Judgment if Any)*                    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360                        months  **is reduced to**  270 months in Count 1.

The sentence in Count 12 remains 240 months, to run concurrently with Count 1.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 10, 2004, April 18, 2006, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  12-22-15

                                                                    *Judge's signature*

Effective Date:  _____          Terrence W. Boyle, U.S. District Judge
            *(if different from order date)*                    *Printed name and title*

EDNC Rev. 11/8/2011